**United States District Court**

For the Northern District of California

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARIN FIELDS, et al.,

        Plaintiffs,

        v.

CHERNE CONTRACTING CORP.,

        Defendant.

_____/

No. C 03-4854 PJH

**ORDER DENYING DEFENDANT'S REQUEST FOR EXTENSION OF TIME AS MOOT**

      Before this court is defendant's request to extend time to submit expert reports.  The parties have since informed the court that additional time is no longer needed.  The court thus DENIES defendant's request as moot.

      **IT IS SO ORDERED.**

Dated: April 28, 2005

                _____/s/_____
                PHYLLIS J. HAMILTON
                United States District Judge