**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARIN FIELDS, et al.,

    Plaintiffs,

    v.

CHERNE CONTRACTING CORP.,

    Defendant.

_____/

No. C 03-4854 PJH

**ORDER GRANTING DEFENDANT'S REQUEST FOR LEAVE TO FILE SUPPLEMENTAL EXPERT REPORT**

Before this court is defendant Cherne Contracting Corp.'s request for leave to file a supplemental expert report in this matter. Plaintiffs Fields et al. have filed an opposition. Cherne's request is GRANTED, on the grounds that the plaintiffs will suffer no prejudice from the filing of a supplemental expert report.

**IT IS SO ORDERED.**

Dated: May 20, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge