UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARIN FIELDS, et al.,

    Plaintiffs,

No. C 03-4854 PJH

v.

**NOTICE AND ORDER CONTINUING HEARING DATE**

CHERNE CONTRACTING CORP.,

    Defendant.

_____/

Before this court is defendant's letter requesting leave to file a supplemental opposition brief to plaintiffs' motion to exclude evidence. Plaintiff filed an opposition.

Defendant's request is GRANTED and leave to file the supplemental opposition brief is GRANTED. The hearing on plaintiff's motion, which was previously set for June 22, 2005 at 9:00 a.m., is CONTINUED to June 29, 2005, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, to permit plaintiffs time to respond to the supplemental opposition brief. Plaintiffs' reply, if any, shall be filed no later than June 15, 2005.

AT THE TIME OF ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO SUBMIT **ONE** PAPER COPY OF EACH DOCUMENT TO THE COURT, WHICH IS TO BE DESIGNATED "**PJH CHAMBERS COPY**."

IT IS SO ORDERED.

Dated: June 8, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge