UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARIN FIELDS, et al.,

    Plaintiffs,

v.

CHERNE CONTRACTING CORP.,

    Defendant.

_____/

No. C 03-04854 PJH

**NOTICE AND ORDER SETTING HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on plaintiffs' motion to exclude testimony from Williams has been set for July 20, 2005, at 9:00 a.m. in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiffs' originally requested date of July 14, 2005 is vacated, as this court hears law and motion matters on Wednesdays only.

AT THE TIME OF ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO SUBMIT **ONE** ADDITIONAL PAPER COPY OF EACH DOCUMENT TO CHAMBERS, WHICH IS TO BE DESIGNATED "**PJH CHAMBERS COPY**."

Law and motion matters may be submitted without argument upon stipulation of the parties and notification of the court no later than 4:30 p.m. the day before the hearing.

IT IS SO ORDERED.

Dated: June 10, 2005

                              PHYLLIS J. HAMILTON
                              United States District Judge