RONALD J. SOUZA, ESQ. (SBN 62862)
LARA S. HILLEY, ESQ. (SBN 197419)
LYNCH, GILARDI & GRUMMER
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone: (415) 397-2800
Facsimile: (415) 397-0937

Attorneys for Defendant
CHERNE CONTRACTING CORPORATION

**FILED**

JUN 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARIN FIELDS, ET AL, <br><br> Plaintiff(s), <br><br> vs. <br><br> CHERNE CONTRACTING CORPORATION, ET AL, <br><br> Defendant(s). | Case No.: C03-04854 PJH <br><br> [PROPOSED] ORDER REMOVING DEFENDANT CHERNE CONTRACTING CORPORATION'S CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT OFF THE COURT'S DOCKET |

On May 31, 2005, Defendant Cherne Contracting Corporation ("Cherne") inadvertently filed with this Court its Confidential Settlement Conference Statement. Cherne now requests that the statement be removed from the court's docket.

IT IS SO ORDERED:

Dated: 6-7-05

Magistrate Judge Wayne Brazil

F:\CH66\P\Court Orders\Order Removing SC Stmt.doc